IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BILL COSTEA AND EUGENIA COSTEA, INDIVIDUALLY AND AS NEXT FRIEND | § § § | |
| PLAINTIFFS, | § § | |
| v. | § § | CIVIL ACTION NO. 6:21-CV-700 |
| BAYLOR SCOTT AND WHITE MEDICAL CENTER - TEMPLE, WHITNEY SHEA PRINCE, MD, HEATH DOUGLAS WHITE, DO, THOMAS RUSSELL JONES, MD | § § § § § § | |
| DEFENDANTS. | § § | |

**STIPULATION OF DISMISSAL**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Eugenia Costea, and all Defendants (Baylor Scott and White Medical Center-Temple; Whitney Shea Prince, MD; Heath Douglas White, DO; and Thomas Russell Jones, MD), stipulate that the above-captioned action shall be dismissed.

    Respectfully submitted,

    */s/ Jerad Najvar*
    NAJVAR LAW FIRM PLLC
    Jerad Wayne Najvar
    Texas Bar No. 24068079
    jerad@najvarlaw.com
    Austin M.B. Whatley
    Texas Bar No. 24104681
    austin@najvarlaw.com
    2180 North Loop West, Suite 255
    Houston, TX 77018
    Phone:    (281) 404-4696
    Facsimile:    (281) 582-4138
    jerad@najvarlaw.com
    *Counsel for Plaintiff*

By: /s/ Missy Atwood
GERMER BEAMAN & BROWN PLLC
Missy Atwood
State Bar No. 01428020
matwood@germer-austin.com
Ryan C. Bueche
State Bar No. 24064970
rbueche@germer-austin.com
1501 S. Mopac Expy, Suite A400
One Barton Skyway
Austin, Texas 78746
Phone: (512) 472-0288
Facsimile: (512) 472-9280
***Counsel for Defendants,
Baylor Scott & White Medical Center – Temple,
Whitney Shea Prince, MD, Heath Douglas White,
DO, and Thomas Russell Jones, MD***

### Certificate of Service

I certify that a true and correct copy of the foregoing document, and any accompanying exhibits and proposed order, were served via CM/ECF on July 9, 2021, as follows:

Missy Atwood
GERMER BEAMAN & BROWN PLLC
One Barton Skyway
1501 S Mopac Expy, Suite A400
Austin, TX 78746

Ryan C. Beuche
GERMER BEAMAN & BROWN PLLC
One Barton Skyway
1501 S Mopac Expy, Suite A400
Austin, TX 78746

/s/ Jerad Najvar
Jerad Najvar
